UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 21 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:18CR31DPJ-LRA

BRIANA LENA DANIELS

18 U.S.C. § 922 (g)(1)

**The Grand Jury charges:**

On or about December 13, 2017, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **BRIANA LENA DANIELS**, having been convicted previously of a felony, that is, a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

<u>NOTICE OF FORFEITURE</u>

As a result of the offenses specified above, the defendant, **BRIANA LENA DANIELS**, shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to:

(1) SCCY 9mm pistol, bearing serial number 361986; and

(2) Bersa Thunder .380 caliber pistol, bearing serial number F96809; and

(3) Any Ammunition seized;

Further, if any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States, to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described above.

All pursuant to Title 18, United States Code, Section 924(d)(1).

D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 21st day of February, 2018.

UNITED STATES MAGISTRATE JUDGE