PRAECIPE FOR WARRANT



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 21 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:18CR 31 DPJ-LRA

BRIANA LENA DANIELS
(Wherever Found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 21st day of February, 2018.

This the 21st day of February, 2018.

D. MICHAEL HURST, JR.
United States Attorney

By: *Erin O. Chalk*
ERIN O. CHALK
ASSISTANT UNITED STATES ATTORNEY
MSB # 101721

Warrant issued:_____

(EOC/FBI)